| | | | | |
|---|---|---|---|---|
| Howery v. State | 70A05–1703–CR–656 | 08/08/2017 | BROWN, J.<br>NAJAM, J.<br>KIRSCH, J. | Affirmed<br>Concurs<br>Concurs |
| Thomas v. State | 49A04–1612–CR–2763 | 08/08/2017 | ALTICE, J.<br>KIRSCH, J.<br>MATHIAS, J. | Affirmed<br>Concurs<br>Concurs |
| Avendano–Gomez v. State | 20A05–1701–CR–160 | 08/09/2017 | VAIDIK, C.J.<br>BROWN, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Tinajero–Garcia v. State | 49A02–1701–CR–39 | 08/09/2017 | MATHIAS, J.<br>KIRSCH, J.<br>CRONE, J. | Affirmed<br>Concurs<br>Concurs |
| Toth v. Noblitt | 20A03–1701–DR–48 | 08/09/2017 | MATHIAS, J.<br>KIRSCH, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Stewart v. State | 49A02–1604–CR–740 | 08/09/2017 | MAY, J.<br>BROWN, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Patterson v. State | 49A02–1610–CR–2258 | 08/09/2017 | MATHIAS, J.<br>KIRSCH, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| May v. State | 03A01–1610–CR–2384 | 08/09/2017 | MAY, J.<br>BROWN, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs |
| Jones v. State | 49A02–1611–CR–2538 | 08/09/2017 | MATHIAS, J.<br>KIRSCH, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Poole v. State | 49A02–1703–CR–569 | 08/09/2017 | MAY, J.<br>BROWN, J.<br>PYLE, J. | Affirmed<br>Concurs<br>Concurs in result without separate opinion |
| Shambaugh & Son, LP v. Allen County Public Library | 02A03–1701–PL–73 | 08/09/2017 | VAIDIK, C.J.<br>CRONE, J.<br>ALTICE, J. | Affirmed<br>Concurs<br>Concurs |
| Eshelman v. State | 15A04–1703–CR–476 | 08/09/2017 | ALTICE, J.<br>BAKER, J.<br>BAILEY, J. | Affirmed<br>Concurs<br>Concurs |